# EXHIBIT 2

# GUIDEONE NATIONAL

Construction Casualty Practice Group







**Cody Lane Development Corp.**

## Broker

Chris Houska
RT Specialty
3900 W. Alameda
Ste 200
Burbank, CA 91505
(818) 641-8906
www.rtspecialty.com

## Customer Care Center

**1-888-748-4326** 24-hour claims GuideLine

**1-877-448-4331** Customer Service

**G1 2019 00001201**

**POLICYHOLDER NOTICE**

**THIS DOCUMENT IS SEPARATE FROM AND DOES NOT FORM A PART OF THE POLICY.**

Thank you for trusting GuideOne National Insurance Company. Though the coverage provided by your policy is quite broad, your policy, like most commercial liability policies, excludes risks that we cannot place at an affordable price. For example, your policy, and all standard commercial insurance liability policies, contain specific exclusions for liability arising from war and obligations you may have regarding dram or workers' compensation laws. The purpose of this notice is to alert you that your policy specifically excludes liability arising from a communicable disease or biological agent.

We have designed this notice to help you understand the limitations unique to the communicable disease and biological agent exposure. This notice does not form a part of your insurance contract. If there are any discrepancies between this notice and the policy, the provisions of the policy shall prevail.

We recommend that you review your policy carefully and contact your agent or broker with any questions regarding this notice or your policy. The following is a brief description of the exclusion added to your policy:

**G1 2020 00002204–ABSOLUTE COMMUNICABLE DISEASE EXCLUSION** does not provide coverage for any liability caused by, resulting from, arising out of, related to the actual or suspected spreading, presence, or infection of a communicable disease or a biological agent capable of causing a communicable disease.

Thank you for trusting GuideOne Insurance with your insurance protection needs. We appreciate your business and look forward to continuing to serve you. If you have any questions, please contact your agent.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2019 GuideOne Insurance

POLICY NUMBER: **099000897**

# COMMON POLICY DECLARATIONS

**NAMED INSURED:** Cody Lane Development Corp.

**INSURED'S ADDRESS:** P.O. Box 158, Teton Village, WY, 83025

**POLICY PERIOD:** From: 05/26/2021 To: 05/26/2024
At 12:01 A.M. standard time at the address of the Named Insured.

**BUSINESS DESCRIPTION:** High end condo construction project: concrete steel frame, 7 story building, 2 stories below ground for parking & 5 stories above ground comprising 25 luxury condominium units in Jackson Hole, Wyoming.

**CARRIER:** GuideOne National Insurance Company (A- IX, Non-Admitted)
Administrative Office: 1111 Ashworth Road, West Des Moines, IA 50265-3538

**BROKER OF RECORD:** RT Specialty Insurance, LLC

**COVERAGE FORM:** GuideOne National Annual Project Follow Form Excess Liability Policy

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

## LIMITS OF INSURANCE:

Policy Limit of Insurance:

Each Occurrence: $5,000,000

General Aggregate: $5,000,000

Products-Completed Operations Aggregate: $5,000,000

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | | PREMIUM |
|---|---|---|
| COMMERCIAL AUTOMOBILE COVERAGE PART | $ | |
| COMMERCIAL EXCESS LIABILITY COVERAGE PART | $ | [redacted] |
| COMMERCIAL LIABILITY UMBRELLA | $ | |
| CRIME AND FIDELITY COVERAGE PART | $ | |
| EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART | $ | |
| DIRECTORS AND OFFICERS COVERAGE PART | $ | |
| TERRORISM COVERAGE | $ | EXCLUDED |
| **TOTAL:** | $ | [redacted] |

Premium due: $ [redacted]

## FORMS APPLICABLE TO ALL COVERAGE PARTS:

| | |
|---|---|
| G1 2019 00001201 | GuideOne National Policy Jacket Front |
| GN 20030 03 19 | GuideOne National Liability PH Notice Communicable Disease Exclusion |
| G1 2019 00001202 | GuideOne National Declaration Page |
| G1 2020 00001216 | GuideOne National Non-Admitted Disclosure Notice |
| G1 2020 00001213-WY | GuideOne National Wyoming Non-Admitted Disclosure Notice |
| G1 2020 00002228 | GuideOne National Annual Project Follow Form Excess Liability Policy Declarations |
| G1 2019 00001203 | GuideOne National Privacy Policy |
| G1 2019 00001204 | GuideOne National Economic or Trade Sanctions |
| G1 2019 00001205 | GuideOne National OFAC Policy Holder Notice |
| G1 2019 00001208 | GuideOne National Fraud Warning |
| G1 2020 00001209 | GuideOne National Signature Provisions |
| G1 2019 00001207 | GuideOne National Liability Exclusion of Terrorism |
| G1 2020 00001211 | GuideOne National Service of Suit |
| G1 2020 00001217 | GuideOne National Absolute Cyber Exclusion |
| G1 2020 00002204 | GuideOne National Absolute Communicable Disease Exclusion |
| G1 2020 00001229 | GuideOne National Claims Reporting |
| G1 2020 00001230 | GuideOne National Asbestos, Lead or Silica Exclusion |
| G1 2020 00001235 | GuideOne National Amendment of Insuring Agreement - Coverage Does Not Apply to Sub-Limited Exposures |
| G1 2020 00001236 | GuideOne National Exclusion - Access or Disclosure of Confidential or Personal Information |
| G1 2020 00001243 | GuideOne National Policy Period Term Limits Endorsement |
| G1 2020 00000508 | GuideOne National Amendment - Premium Audit |
| G1 2020 00000519 | GuideOne National Non-New York - Premium Basis |
| G1 2019 00001201 | GuideOne National Jacket Back |

# NON-ADMITTED DISCLOSURE NOTICE

**This contract is delivered as a surplus line coverage under the Non-Admitted Insurance Act. The insurer issuing this contract is an eligible Non-admitted insurer. There is no protection under the provisions of Any State Insurance Guaranty Association Act.**

# WYOMING NON-ADMITTED DISCLOSURE NOTICE

**This insurance contract is issued pursuant to the Wyoming Insurance Laws by an insurer neither licensed by nor under the jurisdiction of the Wyoming Insurance Department. In the event of insolvency of the surplus lines insurer, losses will not be paid by the Wyoming Insurance Guaranty Association.**

# GuideOne National Annual Project
# Follow Form Excess Liability Policy Declarations

Policy Number: 099000897 Producer: RT Specialty Insurance, LLC

Insuring Company: GuideOne National

1. First Named Insured: Cody Lane Development Corp.
   Address: P.O. Box 158, Teton Village, WY, 83025

2. Policy Period: From 05/26/2021 to 05/26/2024
   (At 12:01 A.M. Standard Time at your mailing address shown above.)

   Words and phrases that appear in quotations marks have special meaning and refer to a defined term in these declarations, and other forms and endorsements attached and issued by the company.

3. Limits of Insurance:
   Each Occurrence: $5,000,000
   General Aggregate: $5,000,000
   Products-Completed Operations Aggregate: $5,000,000

4. Controlling Underlying Insurance:
   Carrier: Hudson Excess Insurance Company – General Liability
   Policy Number: HCG 1000453 01

5. Schedule of Underlying Limits:
   Each Occurrence: $2,000,000
   General Aggregate: $2,000,000
   Products-Completed Operations Aggregate: $2,000,000
   Personal & Advertising Injury: $1,000,000 Any one person or organization
   Damage to Premises Rented to You: EXCLUDED
   Medical Payments: EXCLUDED

6. Premium
   a. Policy Premium: $[redacted] (excluding Terrorism Premium)
   b. Minimum Earned Premium: $[redacted]
   c. Terrorism Premium: EXCLUDED
   d. Rate: Adjustable at a rate of $[redacted] (excluding TRIA) per $1,000 of Construction Value (CV) with CV estimated at $[redacted] at inception.

**Endorsements Attached to this Policy: See G1 2019 00001202 for forms and endorsements.**

Signed at: ____________________________ by________________________________

This day of: __________________________ Authorized Representative

# GuideOne National Project
# Follow Form Excess Liability Policy

Various provisions of this policy restrict coverage. Read the entire policy carefully to determine your rights, duties and what is and is not covered.

Throughout the policy the words "you" and "your" refer to the First Named Insured shown in the Declarations and any other Named Insured on the policies identified in the Schedule of Underlying Insurance. The words "we," "us" and "our" refer to the company providing this insurance. Other words and phrases that appear in quotations in this policy have the meanings given them in SECTION V – DEFINITIONS of this policy.  Words and phrases defined in "underlying insurance" have the meanings given them in that policy.

## SECTION I – COVERAGE

1. Insuring Agreement
   a. We will pay those sums in excess of the limits shown in the Schedule of Underlying Insurance that you become legally obligated to pay as damages provided that the **"Underlying Insurance"** also applies, or would apply but for the exhaustion of the limits of such **"Underlying Insurance"**.
   b. This insurance will follow the terms and conditions of the **"Controlling Underlying Insurance"** in effect at the beginning of this policy period unless a more restrictive provision is contained in, or endorsed to, this policy;
   c. We shall have the right and duty to assume charge of the settlement or defense of any claim made, suit brought, or proceeding instituted against you upon exhaustion of **"Underlying Insurance"**. If **"Underlying Insurance"** is not exhausted we will have the right and opportunity to associate with you in the defense and control of any claim, suit, or proceeding we reasonably think likely will involve us.
   d. The amount we pay is limited. See SECTION III – LIMITS OF INSURANCE.

2. Exclusions
   a. This insurance will follow the exclusions of the **"Controlling Underlying Insurance"** in effect at the beginning of this policy period unless a more restrictive provision is contained in, or endorsed to, this policy;

## SECTION II – WHO IS AN INSURED

Any person or organization that is an insured on **"Controlling Underlying Insurance"** is an insured on this insurance to the same extent. Any person or organization granted additional insured status on **"Controlling Underlying Insurance"** because of a requirement in a contract for such additional insured status shall be an additional insured on this insurance but only to the extent of the limits of insurance required by such contract.

## SECTION III – LIMITS OF INSURANCE

The Limits of Insurance shown in item 3 of the Declarations and the rules below fix the most we will pay on your behalf regardless of the number of insureds, claims made or suits brought, or persons or organizations making claims or bringing suits.

1. The General Aggregate and the Products Completed Operations Aggregate are the most we will pay for all damages under this policy. These Aggregate Limits of Insurance will apply to the same Coverages and in the same manner as Aggregate Limits apply to the **"Controlling Underlying Insurance;"**
2. Subject to paragraphs 1. above, the Each Occurrence Limit is the most we will pay for all damages arising out of any one **"Occurrence."**

## SECTION IV – CONDITIONS

If any of the following conditions are contrary to conditions contained in the "Underlying Insurance" the provisions contained in this policy apply.

**1. Appeals**

We may appeal any judgment which could result in a payment under this policy. We will pay all costs associated with such appeal in addition to our Limits of Insurance. Any such appeal will not increase our Limits of Insurance.

**2. Maintenance of Underlying Insurance**

The **"Underlying Insurance"** listed in the Schedule of Underlying Insurance in the Declarations shall remain in effect throughout the policy period except for the reduction of the aggregate limits due to payment of damages. Failure to maintain **"Underlying Insurance"** will not invalidate this insurance. However, this insurance will apply as if the **"Underlying Insurance"** were in full effect. You must notify us as soon as practicable when any **"Underlying Insurance"** is no longer in effect.

**3. Other Insurance**

This insurance shall apply:

a. Immediately after and upon the exhaustion of the insurance stated in the Schedule of Underlying Insurance as respects the coverage afforded to an insured as defined in the **"Underlying Insurance."**
b. But before any other general liability insurance purchased by an additional insured separate from the **"Underlying Insurance"** (including its self-insurance) regardless of whether the general liability insurance is primary, excess, contingent, or purchased on any other basis, and available to an additional insured on which the additional insured is listed as a named insured on that general liability insurance. We will not seek contribution from such general liability insurance of the additional insured for defense or indemnity. Self-insurance shall not include the First Named Insured's responsibility to pay a deductible or self-insured retention as provided in the **"Underlying Insurance"**.

**4. Cancellation**

The First Named Insured in the Declarations may cancel this policy at any time by delivering advanced written notice of cancellation to us. The insurer may cancel this policy by mailing to the First Named Insured at the address shown in the Declarations, written notice, not less than ten (10) days for non-payment of premium, material misrepresentation, or fraud and (60) days for cancellation due to failure to comply with reasonable carrier loss control recommendations. If the First Named Insured cancels, earned premium will be calculated pro rata based on time the policy

was in force subject to the minimum earned premium in the Declarations. If the insurer cancels earned premium will be pro rata based on the time the policy was in force. If the policy rate is adjustable, the pro rata calculation will be adjusted on the applicable earned exposure basis subject to any minimum earned premium.

5. **Changes in the Controlling Underlying Insurance**

   If during the Policy Period of this Policy, the terms, conditions, exclusions or limitations of the **"Controlling Underlying Insurance"** are changed in any manner from those in effect on the Inception Date of this Policy, you shall give us written notice of the particulars as soon as practicable. Further, we reserve the right to refuse to follow any such changes.

6. **Policy Period**

   This insurance will respond to injury or damage that occurs during the Policy Period shown in the Declarations and any extended products completed operations and or extended repair work period as defined by the **"Controlling Underlying Insurance."**

7. **Notice of Claims**

   **a.** You shall give us notice of any claim, loss or "occurrence" in the same manner and in the time required by the terms and conditions of the **"Controlling Underlying Insurance"**. Notice to an agent or an insurer of any of the **"Underlying Insurance"** is not notice to us.

   **b.** As a condition precedent to coverage under this Policy, you shall give written notice, as soon as practicable, with full particulars of any:

   **(1)** Changes to any of the **"Underlying Insurance";**

   **(2)** Exhaustion of the aggregate Limits of Liability of any **"Underlying Insurance";**

   **(3)** **"Underlying Insurance"** not being maintained in full effect during the Policy Period;

   **(4)** Insurer of any **"Underlying Insurance"** becoming subject to a receivership, liquidation, dissolution, rehabilitation or similar proceeding or being taken over by any regulatory authority or an insurer of any of the **"Underlying Insurance"** failing to pay any claim or loss covered under the **"Underlying Insurance"**; or

   **(5)** Claim or loss that might reasonably give rise to a claim under the **"Controlling Underlying Insurance"**.

   **c.** Knowledge of an **"occurrence"** by your agent or employee, which could give rise to a claim under this "Policy," will not in itself constitute knowledge by you unless you, one of your executive officers who handles insurance matters or a risk manager of any Named Insured has received such notice from your agent or employee.

   **d.** Your rights under this "Policy" will not be prejudiced if there is a failure to give notice of an **"occurrence"** of loss or damage due solely to your reasonable belief that the loss or damage is not covered under this "Policy."

## SECTION V – DEFINITIONS

Words and phrases defined by the "Controlling Underlying Insurance" have the same meanings in this policy, except for the following:

1. **"Controlling Underlying Insurance"** means the policy described in item 4 of the Declarations including any self-insured retentions or retained limits.
2. **"Occurrence"** has the same meaning as defined by the **"Controlling Underlying Insurance"**.
3. **"Underlying insurance"** means the policies that are scheduled in the Schedule of Underlying Insurance in the Declarations including the **"Controlling Underlying Insurance"** including any self-insured retentions or retained limits.

# GuideOne National Privacy Policy

We value your business and your trust in GuideOne National Insurance Company. The privacy and confidentiality of your personal information is among our top priorities. This explains our practices and procedures for securing your personal information before, during and after your relationship with us. We will provide one copy of this Privacy Statement with each policy we issue. Additional copies of this statement are available upon request. Thank you for choosing GuideOne National Insurance Company for your insurance needs.

**How We Protect Your Information**
We understand the importance of securing your personal information. We have physical, electronic and procedural safeguards in place to protect your nonpublic personal data in compliance with applicable state federal laws. We restrict employee access to customer information only to those who have a business reason to know, in order to provide our products and services to you.

**What Personal Information We Collect About You**
We collect nonpublic personal information about you from the following sources, only as our business needs require:

- Information received on applications and other forms–whether in writing, in person, by phone, electronically or by other means -such as names, addresses and employment information.
- Information about your transactions with us, our affiliates, or others associated with our business relationship, and information we receive from insurance agents, consumer reporting agencies, investigators connected with claims adjusting, state motor vehicle departments, inspection services, insurance support organizations or other sources as permitted or required by law.
- Information we receive in medical records or from medical professionals. Information
- otherwise obtained in the claims adjustment process, including litigation.

**What Personal Information We Disclose About You**
We do not disclose any of our customers' or other persons' nonpublic personal information to anyone, except as permitted or required by law. Permitted disclosures include information to process transactions on your behalf, and information about you or about participants, beneficiaries or claimants under your insurance policy in the normal course of business.

GUIDEONE NATIONAL

**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ECONOMIC OR TRADE SANCTIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL EXCESS LIABILITY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

In accordance with the laws, regulations or resolutions of the United Nations, the European Union, any of its member states or the United States, concerning economic and trade embargoes and financial sanctions, this policy is void from its inception with respect to any term or condition of this policy that violates any such laws, regulations or resolution.

All other terms and conditions of this policy remain unchanged.

# U.S. TREASURY DEPARTMENTS OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")

# ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

# FRAUD WARNING STATEMENTS

**NOTICE TO ALABAMA APPLICANTS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**NOTICE TO ARKANSAS, LOUISIANA AND WEST VIRGINIA APPLICANTS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO COLORADO APPLICANTS:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**NOTICE TO DISTRICT OF COLUMBIA APPLICANTS:** WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**NOTICE TO FLORIDA APPLICANTS:** Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**NOTICE TO KENTUCKY APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**NOTICE TO MAINE APPLICANTS:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**NOTICE TO MARYLAND APPLICANTS:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO MINNESOTA APPLICANTS:** A person who submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**NOTICE TO NEW JERSEY APPLICANTS:** Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**NOTICE TO NEW MEXICO APPLICANTS:** ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

**NOTICE TO NEW YORK APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**NOTICE TO OHIO APPLICANTS:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**NOTICE TO OKLAHOMA APPLICANTS:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**NOTICE TO OREGON APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or another person, files an application for insurance or statement of claim containing any materially false information, or conceals information for the purpose of misleading, commits a fraudulent insurance act, which may be a crime and may subject such person to criminal and civil penalties.

**NOTICE TO PENNSYLVANIA APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such

person to criminal and civil penalties.

**NOTICE TO TENNESSEE, VIRGINIA AND WASHINGTON APPLICANTS:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**NOTICE TO ALL OTHER APPLICANTS:**

**ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON, FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS INFORMATION FOR THE PURPOSE OF MISLEADING, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND MAY SUBJECT SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES.**

# SIGNATURE PROVISIONS

**Signatures**

This policy is signed at West Des Moines, Iowa on behalf of the Company by the President and Secretary of the Company indicated below:

**GuideOne National Insurance Company**



President



Secretary

**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL EXCESS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

**A.** The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

**1.** "Terrorism" means activities against persons, organizations or property of any nature:

**a.** That involve the following or preparation for the following:

**(1)** Use or threat of force or violence; or

**(2)** Commission or threat of a dangerous act; or

**(3)** Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

**b.** When one or both of the following applies:

**(1)** The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

**(2)** It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

**2.** "Any injury or damage" means any injury or damage covered under any Coverage Part or Policy to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or Policy.

**B.** The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or dam- age" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

**1.** The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

**2.** Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

**3.** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**4.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

**5.** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**6.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**a.** Physical injury that involves a substantial risk of death; or

**b.** Protracted and obvious physical disfigurement; or

**c.** Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **B.5.** or **B.6.** are exceeded.

With respect to this Exclusion, Paragraphs **B.5.** and **B.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part or Policy.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part or Policy.

**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies this policy with the addition of the following:

Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the Statute, or his successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured(s) or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the below named as the person whom the said officer is authorized to mail process or a true copy thereof.

It is further agreed that service of process in such suit may be made upon our Registered Agent, CT Corporation, Inc. CT Corporation, Inc.'s local address may be found at website: https://ct.wolterskluwer.com/sop-locations.

NOTHING HEREIN SHALL VARY, ALTER, WAIVE, OR EXTEND ANY OF THE TERMS, PROVISIONS, REPRESENTATIONS, CONDITIONS OR AGREEMENTS OF THE POLICY OTHER THAN AS STATED ABOVE.

All other terms and conditions of this Policy remain unchanged

GUIDEONE NATIONAL

**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABSOLUTE CYBER EXCLUSION

It is understood and agreed that the following Exclusion is added to the Policy:

Regardless of any other cause or event contributing concurrently or in sequence to the loss, damage, cost or expense, this policy does not insure against loss, damage, cost or expense caused directly or indirectly by any of the following:

Cyberattack, cyberwarfare, cyberterrorism or any kind of intentional or malicious activity that attempts to or successfully collects, disrupts, denies, degrades or destroys information system resources or the information itself, including but not limited to loss, damage, cost or expense resulting from or caused directly or indirectly by any of the following:

A. Loss of, alteration of, or damage to, corruption of, or a reduction in the functionality, availability or operation of any computer, computer system, website or any other electronic data system, hardware, process, program, software, data, media, information repository, microchip, integrated circuit or similar device in computer equipment or non-computer equipment, whether your property or not;

B. Any access to or disclosure of any person's or organization's confidential, personal, proprietary or other nonpublic information in any recordable form, including but not limited to costs or expenses associated with notification, remediation, mitigation or prevention of a security breach; or

C. Extortion threats, fraud or theft involving any computer, computer system, computer software, computer process or program, website or any other electronic data system or any confidential, personal, proprietary or other nonpublic information.

This exclusion applies whether the cyberattack, cyberwarfare, cyberterrorism or other intentional or malicious activity is perpetrated by:

A. Entities or individuals external to your business

B. Entities or individuals, from within your business, whom you contract, employ or retain in any capacity; or

C. Any combination of either A. or B. above

All other terms and conditions of this Policy remain unchanged.

GUIDEONE NATIONAL

**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ABSOLUTE COMMUNICABLE DISEASE EXCLUSION

It is understood and agreed that the following exclusion is added to the Policy:

The policy is amended to include the following exclusion:

1. This insurance does not apply to liability caused by, resulting from, arising out of, related to the actual or suspected spreading, presence, or infection of a "communicable disease" or a "biological agent" capable of causing a "communicable disease".

2. This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:
   **a.** Supervising, hiring, employing, training or monitoring of others that may be infected (whether symptomatic or not) with and spread of a "communicable disease" or "biological agent";
   **b.** Testing for the presence of a "communicable disease" or a "biological agent";
   **c.** Failure to prevent or eradicate the spread of a "communicable disease or "biological agent", or
   **d.** Failure to report the existence of either a "communicable disease" or "biological agent" to authorities.

For purposes of this exclusion:
"communicable disease" means an illness caused by an infectious agent or its toxins that occurs through the direct or indirect transmission of the infectious agent or its products or toxins from an infected individual or via an animal, vector, or the inanimate environment to a susceptible animal or human host.

"biological agents" means an infectious agent of its toxins, including but not limited to bacteria, viruses, fungi, parasites, yeasts, molds and other microorganisms, whether man-made or naturally occurring.

GUIDEONE NATIONAL

**THIS ENDORSEMENT CHANGES THE POLICY.**
**PLEASE READ IT CAREFULLY.**

# CLAIMS REPORTING

This endorsement modifies insurance provided under the following:
COMMERCIAL EXCESS LIABILITY COVERAGE PART

---

**Section IV – Conditions, 7.** Notice of claims, is amended to include as follows:

**e**. In the event of any "event" that may result in a claim against this policy, or a claim or suit is brought against any insured, the insured must immediately report such "event," claim or suit to:

**GuideOne Insurance Company Specialty**
**Claims Division**
**1111 Ashworth Road**
**West Des Moines, IA 50365**
**TELEPHONE: 1-888-218-8561**
**EMAIL: CLU@guideone.com**

All other terms and conditions of this Policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

GUIDEONE NATIONAL

**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ASBESTOS, LEAD OR SILICA

The policy is hereby amended to include the following additional exclusion:

This insurance does not apply to any liability arising out of:

a. The actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of:
   (1) "Asbestos";
   (2) "Lead"; or
   (3) "Silica", regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to any injury or damage;

b. Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of:
   (1) "Asbestos";
   (2) "Lead"; or
   (3) "Silica", by any insured or by any other person or entity;

c. Any supervision, instructions, recommendations, warnings, or advice given or which should have been given in connection with a. and b. above;

d. Any obligation to share damages with or repay someone else who must pay damages because of:
   (1) "Asbestos";
   (2) "Lead"; or
   (3) "Silica";

e. Any injury or damage arising out of the loss of use of, or other unavailability of, any product or material actually, potentially, or allegedly containing, "asbestos", "lead", or silica; or

f. Any injury or damage arising out of the loss of use of, or other unavailability of, "your product" or "your work," arising out of the loss of use of, or other unavailability of, any product or material actually, potentially, or allegedly containing "asbestos", "lead", or "silica".

g. The following definitions are added:

   (1) "Asbestos" means asbestos and asbestos fibers, any other form of asbestos, or any products or materials containing asbestos, including an exposure or threat of exposure to the actual or alleged properties of asbestos and includes the mere presence of asbestos in any form.

   (2) "Lead" means lead and any products or materials containing lead including an exposure or threat of exposure to the actual or alleged properties of lead and includes the mere presence or suspected presence of lead in any form or combination.

   (3) "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, "silica dust" or silica compounds. "Silica-dust" means a mixture or combination of silica and other dust or particles

All other terms and conditions of this policy remain unchanged.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURING AGREEMENT – COVERAGE DOES NOT APPLY TO SUBLIMITED EXPOSURES

This endorsement modifies insurance provided under the following:
COMMERCIAL EXCESS LIABILITY COVERAGE PART

---

The following is added to **Paragraph 1.b.** of **SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE:**

This insurance applies to "injury or damage" that is subject to an applicable "retained limit". If any other limit, such as, a sublimit, is specified in the "controlling underlying insurance," this insurance does not apply to "injury or damage" arising out of the exposure.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies insurance provided under the following:
COMMERCIAL EXCESS LIABILITY COVERAGE PART

---

The following is added to **Section I – Coverages, Paragraph 2. Exclusions**:

**2. Exclusions**

Insurance provided under this Coverage Part does not apply to:

**Access or Disclosure of Confidential or Personal Information**

"Injury or damage" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

All other terms and conditions of this Policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLICY PERIOD TERM LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

GuideOne National Annual Project Follow Form Excess Liability Policy

**Section III – Limits of Insurance** is amended as follows:

The following paragraph is added to **Section III-Limits of Insurance:**

These Limits of Insurance apply over the entire term of the policy period, even if the policy period is greater than or less than 12 months, and even if the **"Controlling Underlying Insurance**" is extended beyond the policy period. No provision within the **"Controlling Underlying Insurance"** shall serve to provide greater limits than the limits shown in item 3 of the Declarations.

All other terms and conditions of this Policy remain unchanged.


Includes copyrighted material of Insurance Services Office, Inc. with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT – PREMIUM AUDIT

This endorsement modifies insurance provided under the following:

GUIDEONE NATIONAL ANNUAL PROJECT FOLLOW FORM EXCESS LIABILITY POLICY

---

The following paragraph is added to **Section IV- Conditions:**

**1. Premium Audit**

**a.** All premiums for this policy shall be computed in accordance with our rules, rates, rating plans, premiums and minimum premiums applicable.

**b.** Premium shown in this policy as advance premium is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. Advance premium shall be determined based on an estimate of your exposures for the policy period.

**c.** At the close of each period (or part thereof terminating with the end of the policy period) designated in the Declarations as the audit period, we may conduct an audit of your books and records to determine the actual premium bases developed during the policy period and to compute the earned premium. If the total computed earned premium is greater than the premium previously paid, the additional premium is due upon notice to the first Named Insured. If the total computed earned premium is less than the premium previously paid, then we shall receive and retain no less than the minimum premium(s) listed in the coverage part(s) attached hereto.

**d.** Should it become necessary to institute collection activities, including litigation, in order to collect any earned premium, then you shall be responsible for 100% of the expenses, fees and costs incurred by us in that regard plus any collectible interest.

**e.** You must maintain records of such information as is necessary for premium computation, and shall send copies of such records to us at the end of the policy period and at such times as we may direct. Failure to supply such records upon request will be deemed a breach of policy conditions and may subject this policy, as well as any other policy of yours in force, to cancellation for breach of policy conditions.

**f.** If, after three documented attempts, we are unable to examine your books and records to obtain the information required to complete the audit, the audit will be deemed unproductive and an Estimated Audit Endorsement will be issued as follows:

**(1)** A 20% increase in your reported premium basis will be shown. This increase is an estimate.

**(2)** Documentation on the attempts to collect the required audit information will be included with the endorsement.


Copyright from Insurance Services Office
with its permission

**(3)** You must remit payment for the full amount of the additional premium upon receipt of notice to the first Named Insured.

**(4)** If you dispute the Estimated Audit Endorsement, within seven days of receipt of the Estimated Audit Endorsement or other notice regarding the additional premium amount, you must provide the requested audit information to us. Failure to do so shall be deemed as your agreement with the Estimated Audit Endorsement.

Failure to complete the audit or pay the additional earned premium due will be deemed a breach of contract and, at our sole discretion, may subject this policy, as well as any other policy of yours in force, to cancellation.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.


Copyright from Insurance Services Office
with its permission

GUIDEONE®
NATIONAL

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NON-NEW YORK - PREMIUM BASIS

This endorsement modifies insurance provided under the following:

GuideOne National Annual Project Follow Form Excess Liability Policy

---

The following definitions apply to the Premium Basis shown in the Declarations.

**A. Admissions**

**1. Definition**

The total number of persons, other than employees of the Named Insured, admitted to the event insured or to events conducted on the premises whether on paid admissions, tickets, complimentary tickets or passes.

**2. Application**

The rates apply per 1,000 Admissions.

**B. Square Feet**

**1. Definition**

The total number of Square Feet of floor space at the insured premises, computed as follows:

**a.** For entire buildings, by multiplying the product of the horizontal dimensions of the outside of the outer building walls by the number of floors, including basements but do not use the area of the following:

**(1)** Courts and mezzanine types of floor openings.

**(2)** Portions of basements or floors where 50% or more of the area is used for shop or storage for building maintenance, dwelling by building maintenance employees, heating units, power plants or air-conditioning equipment.

**b.** For tenants, determine the area they occupy in the same manner as for entire buildings.

**2. Application**

The rates apply per 1,000 Square Feet of area.

**C. Each**

This basis or premium involves units of exposure, and the quantity comprising each unit of exposure is indicated in the classification footnotes, such as "per person".

**D. Gallons**

**1. Definition**

The basis of premium is the total number of gallons sold or distributed.


Includes copyrighted material of Insurance Services Office, Inc. with its permission

Specifically for Gas Dealers and Distributors – where a record of the number of gallons sold is not available, the number of gallons to be used for premium computation purposes shall be determined by dividing the number of pounds sold by 4.6.

**2. Exclusions**

Specifically for Gas Dealers and Distributors – distribution of gas transferred to gas dealers by pipeline, gas mains or piping.

**3. Application**

The rates apply per 1,000 Gallons.

**E. Gross Sales**

**1. Definition**

The gross amount charged by the Named Insured, concessionaires of the Named Insured or by others trading under the insured's name for:

**a.** All goods or products, sold or distributed;

**b.** Operations performed during the policy period;

**c.** Rentals; and

**d.** Dues or fees.

**2. Inclusions**

The following items shall not be deducted from "gross sales" as determined above:

**a.** Foreign exchange discounts;

**b.** Freight allowance to customers;

**c.** Total sales of consigned goods and warehouse receipts;

**d.** Trade or cash discounts;

**e.** Bad debts; and

**f.** Repossession of items sold on installments (amount actually collected).

**3. Exclusions**

The following items shall be deducted from "gross sales":

**a.** Sales or excise taxes which are collected and submitted to a governmental division;

**b.** Credits for repossessed merchandise and products returned. Allowances for damaged and spoiled goods;

**c.** Finance charges for items sold on installments;

**d.** Freight charges on sales if freight is charged as a separate item on customer's invoice;

**e.** Royalty income from patent rights or copyrights which are not product sales; and

**f.** Rental receipts for products liability coverage only.


Includes copyrighted material of Insurance Services Office, Inc. with its permission

4. **Application**

The rates apply per $1,000 of Gross Sales.

F. **Payroll**

1. **Definition**

**a.** Payroll means remuneration.

**b.** Remuneration means money or substitutes for money.

2. **Inclusions**

Payroll includes the following items:

**a.** Commissions;

**b.** Bonuses;

**c.** Extra pay for overtime work, except as provided in Paragraph **4.** below;

**d.** Pay for holidays, vacations or periods of sickness;

**e.** Payment by an employer of amounts otherwise required by law to be paid by employees to statutory insurance or pension plans, such as the Federal Social Security Act;

**f.** Payment to employees on any basis other than time worked, such as piece work, profit sharing or incentive plans;

**g.** Payment or allowance for hand tools or power tools used by hand provided by employees and used in their work or operations for the insured;

**h.** The rental value of an apartment or a house provided for an employee based on comparable accommodations;

**i.** The value of lodging, other than an apartment or house, received by employees as part of their pay, to the extent shown in the insured's records;

**j.** The value of meals received by employees as part of their pay to the extent shown in the insured's records;

**k.** The value of store certificates, merchandise, credits or any other substitute for money received by employees as part of their pay;

**l.** The Payroll of “mobile equipment” operators and their helpers, whether or not the operators are designated or licensed to operate “autos” or “mobile equipment”. If the operators and their helpers are provided to the insured along with equipment hired under contract and their actual Payroll is not known, use 1/3 of the total amount paid out by the insured for the hire of the equipment; and

**m.** The Payroll of executive officers of a corporation and individual insureds and co-partners. For the purposes of Payroll determination, managers of limited liability companies shall be considered executive officers and members of limited liability companies shall be considered co-partners.

The executive officers of a corporation are those persons holding any of the officer positions created by the Named Insured’s charter, constitution or by-laws or any other similar governing document.


Includes copyrighted material of Insurance Services Office, Inc.
with its permission

The Payroll of all executive officers of a corporation and individual insureds or co-partners engaged principally in clerical operations or as salespersons, and officers and co-partners who are inactive for the entire policy period shall not be included for premium purposes.

For part-time or seasonal businesses the Payroll amounts may be reduced by 2 percent for each full calendar week in excess of twelve during which the risk performs not operations.

**n.** The Payroll of leased workers furnished to the Named Insured by a labor leasing firm. Premium on such Payroll shall be based on the classifications and rates which would have applied if the leased workers had been the direct employees of the Named Insured. If Payroll is unavailable, use 100% of the total cost of the contract for leased workers as the Payroll of leased workers. The premium shall be charged on that amount as Payroll.

If investigation of a specific employee leasing contract discloses that a definite amount of the contract price represents Payroll, such amount shall be considered Payroll for the premium computation purposes.

**o.** Fees paid to employment agencies for temporary personnel provided to the insured.

**3. Exclusions**

Payroll does not include:

**a.** Tips and other gratuities received by employees;

**b.** Payments by an employer to group insurance or group pension plans for employees, other than payments covered by Paragraph **2.e.** above;

**c.** The value of special rewards for individual invention or discovery;

**d.** Dismissal or severance payments except for time worked or accrued vacation;

**e.** The Payroll of clerical office employees;

Clerical office employees are those employees who work in an area which is physically separated by walls, floors or partitions from all other work areas of the insured and whose duties are strictly limited to keeping the insured's books or records or conducting correspondence, including any other employees engaged in clerical work in the same area.

**f.** The Payroll of salespersons, collectors or messengers who work principally away from the insured's premises. Salespersons, collectors or messengers are those employees engaged principally in any such duties away from the premises of the employer;

This term does not apply to any employee whose duties include the delivery of any merchandise handled, treated or sold.

**g.** The Payroll of drivers and their helpers if their principal duties are to work on or in connection with automobiles;

**h.** The Payroll of aircraft pilots or co-pilots if their principal duties are to work on or in connection with aircraft in either capacity; and

**i.** The Payroll of draftsmen if their duties are limited to office work only and who are engaged strictly as draftsmen in such manner that they are not exposed to the operative hazards of the business. They Payroll of these draftsmen shall be assigned to the classification "Draftsmen" – Code 91805.


Includes copyrighted material of Insurance Services Office, Inc. with its permission

j. The payroll of executive supervisors, supervisors, project managers and any other similar employees when their duties are limited solely to the supervision of others, This exclusion shall not apply if specifically scheduled on the declarations page and assigned arate.

**4. Overtime**

**a. Definition**

Overtime means those hours worked for which there is an increase in the rate of pay:

**(1)** For work in any day or in any week in excess of the number of hours normally worked, or

**(2)** For hours worked in excess of 8 hours in any day or 40 hours in any week, or

**(3)** For work on Saturdays, Sundays or Holidays.

In the case of guaranteed wage agreements, overtime means only those hours worked in excess of the number specified in such agreement.

**b. Exclusion of Overtime Payroll**

The extra pay for overtime shall be excluded from the Payroll on which premium is computed as indicated in **(1)** or **(2)** below, provided the insured's books and records are maintained to show overtime pay separately by employee and in summary by classification.

**(1)** If the records show separately the extra pay earned for overtime, the entire extra pay shall be excluded.

**(2)** If the records show the total pay earned for overtime (regular pay plus overtime pay) in one combined amount, 1/3 of this total pay shall be excluded. If double time is paid for overtime and the total pay for such overtime is recorded separately, 1/2 of the total pay for double time shall be excluded.

**5. Application**

The rates apply per $1,000 of Payroll.

**G. Total Cost**

**1. Definition**

The Total Cost of all work let or sublet in connection with each specific project including:

**a.** The cost of all labor, materials, and equipment furnished, used or delivered for use in the execution of the work; however, do not include the cost of finished equipment installed but not furnished by the subcontractor if the subcontractor does no other work on or in connection with such equipment; and

**b.** All fees, bonuses or commissions made, paid or due.

**2. Application**

The rates apply per $1,000 of Total Cost.

**H. Total Operating Expenditures**

**1. Definition**

Total expenditures (including grants, entitlements, and shared revenue) without regard to source of revenue during the policy period, including accounts payable.


Includes copyrighted material of Insurance Services Office, Inc. with its permission

2. **Inclusions**

The following items are included in Total Operating Expenditures:

**a.** Capital improvements – Work performed by the named insured in connection with any purchase or improvement of any individual item of personal or real property which is bonded or financed, including interest thereon, or exceeds 5% of Total Operating Expenditures;

**b.** Expenditures for independent contractors operations when the contractor does not carry adequate insurance; and

**c.** Any federal or state funds for the sole purpose of training employees unless a separate policy with adequate coverage and limits has been issued in the name of the governing body of such funds with the governmental entity named as an additional insured or a hold harmless agreement in favor of the governmental subdivision exists.

3. **Exclusions**

The following items are excluded from Total Operating Expenditures:

**a.** Capital improvements – Any purchase or improvement of any individual item of personal or real property which is bonded or financed, including interest thereon, or exceeds 5% of Total Operating Expenditures;

**b.** Expenditures for independent contractors operations where the contractor carries adequate insurance;

**c.** Welfare benefits (not administrative costs) including expenditures for activities designed to provide public assistance and institutional care (for example, old age assistance, aid to dependent children, aid to blind, social security payments). Any federal or state funds for the sole purpose of training employees should be excluded if a separate policy with adequate coverage and limits has been issued in the name of the governing body of such funds with the governmental entity named as an additional insured or a hold harmless agreement in favor of the governmental subdivision exists;

**d.** Expenditures from the Intra-governmental Service Fund if funding is budgeted for and received from other funds. This is necessary to prevent double counting of certain expenditures; and

**e.** Expenditures on those exposures which are separately rated. However, not all of the exposures that are separately rated may have expenditures.

4. **Accounting Terminology**

The following are explanations of accounting terminology used in the definition of Total Operating Expenditures or addressed in the inclusions or exclusions.

**a.** Grant – A contribution or gift by one governmental unit to another unit. It can be cash or other assets. The contribution is usually made to aid in the support of a specific function, for example, education, but it is sometimes for general purposes.

Capital grants are restricted for the acquisition and/or construction of fixed (capital) assets. All other grants are operating grants.

**b.** Entitlement – The amount of payment to which a political subdivision is entitled as determined by the Federal Government, for example, revenue sharing.


Includes copyrighted material of Insurance Services Office, Inc. with its permission

c. Shared Revenue – A revenue levied by one government but shared on a predetermined basis with another government or class of government, often in proportion to the amount collected at the local level.

d. Budget – The budget for a government subdivision consists of a series of Funds (basically, a minibudget) where a Fund is defined as an independent fiscal and accounting entity with a self-balancing set of accounts recording cash and/or other resources together with all related liabilities, reserves, and equities. Transfer of funds should be excluded from the expenditures of the transferor (for example, included in the expenditures of the recipient).

   Most of the expenditures for items to be excluded from or included in Total Operating Expenditures can be found as entries in the following Funds:

   **(1)** General Fund – Used to account for all financial resources except those required to be accounted for in another fund. It would be used for all general governmental operations such as administration, public works, parks, recreation, and education. If there are education expenditures, a separate education fund is established which falls under the general fund heading.

   The General Fund is used to account for the ordinary operations of a governmental unit which is financed from taxes and other general revenues.

   **(2)** Special Revenue Funds – To account for the proceeds of specific revenue sources (other than special assessment, expendable trusts, or for major capital projects) that are legally restricted to expenditure for specified purposes. An example is a motor fuel tax fund used to finance highway and road construction.

   **(3)** Capital Projects Funds (Bond Funds) – To account for financial resources to be used for the acquisition or construction of major capital facilities (other than those financed by Propriety Funds, Special Assessment Funds and Trust Funds).

   **(4)** Debit Service Fund (formerly called a Sinking Fund) – To account for the accumulation of resources for, and the payment of, general long-term debt principal and interest.

   **(5)** Special Assessment Fund – To finance and account for the construction of improvements or provision of services which are to be paid for, wholly or in part, from special assessments levied against the benefited property. An example is the construction of sewer lines.

   **(6)** Enterprise Fund – To finance and account for the acquisition, operation and maintenance of governmental facilities and services which are entirely or predominantly self-supporting by user charges. Examples of facilities and services are water, gas and electric utilities, swimming pools, airports, parking garages and transit systems.

   **(7)** Intra-governmental Services Fund (formerly called a Working Capital Fund) – To finance and account for services and commodities furnished by a designated department or agency to other departments and agencies within a single governmental unit. Amounts expended by the fund are restored either from operating earnings or by transfers from other funds, so that the original fund capital is kept intact.

**5. Application**

The rates apply per $1,000 of Total Operating Expenditures.


Includes copyrighted material of Insurance Services Office, Inc. with its permission

I. **Units**

A single room or group of rooms intended for occupancy as separate living quarters by a family, by a group of unrelated persons living together, or by a person living alone.

J. **Construction Value**

1. **Definition**

"Construction Value" means the total cost for all work performed during the policy period by you or for you by independent contractors and/or subcontractors at all levels.

2. **Inclusions**

The following items are included in Construction Value:

**a.** The cost of all labor including, but not limited to, executive supervisors, supervisors, project managers and any other similar employees, materials, equipment and supplies furnished, used or delivered for use in the execution of such work, whether furnished by the owner, by the contractors, or by subcontractors at any level.

**b.** General conditions, contingency fees, overhead and profit.

3. **Exclusions**

Soft costs, including but not limited to, the cost of land acquisition, financing (including lender's fees), insurance premiums, attorneys, environmental audits, architectural fees, engineering fees, design costs, permitting costs, consulting costs and other associated fees shall be deducted from Construction Value.

4. **Application**

The rates apply per $1,000 of Construction Value.

All other terms and conditions of this Policy remain unchanged.


Includes copyrighted material of Insurance Services Office, Inc.
with its permission

GUIDEONE®
NATIONAL

1111 Ashworth Road
West Des Moines, Iowa 50265

1-877-448-4331
www.GuideOne.com

©2005-2019 GuideOne Insurance. GuideOne® is the registered trademark of the GuideOne Mutual Insurance Company. All rights reserved.

The Preferred® policy for the Preferred Risk®.