Jeffrey Clay Ruebel, WSB # 7-5635
RQ Law LLC
8461 Turnpike Drive, Suite 206
Westminster, CO 80031
(888) 989-1777
jeffrey@rq-law.com
*Attorney for Plaintiff GuideOne National Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| GUIDEONE NATIONAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LAYTON CONSTRUCTION COMPANY, LLC<br><br>Defendant. | Civil Action No. 26-cv-357 |

**PLAINTIFF GUIDEONE NATIONAL INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Defendant GuideOne Insurance Company ("GuideOne") hereby submits the following Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 of the Federal Rules of Civil Procedure:

GuideOne Insurance Company is an Iowa domiciled, wholly owned stock insurance company subsidiary of GuideOne Insurance Group, Inc. GuideOne Insurance Group, Inc. is an Iowa domiciled, intermediate holding company, organized under Chapter 491 of the Iowa Code, a wholly owned stock subsidiary of GuideOne Mutual Holding Company. GuideOne Mutual Holding Company is a non-stock mutual insurance holding company organized under Chapter 491 of the Iowa Code. There are no publicly held corporations owning 10% or more of its stock.

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, GuideOne is a citizen of the State of Iowa. GuideOne is incorporated in Iowa, with its principal place of business in Iowa.

Dated: November 19, 2026

Respectfully submitted,

/s/ Jeffrey C. Ruebel

Jeffrey C. Ruebel
RQ Law
8461 Turnpike Drive, Suite 206
Westminster, CO 80031
Phone: (888) 989-1777
jeffrey@rq-law.com